Argued July 2, affirmed July 15, 1963

## STATE OF OREGON *v.* LaSPINA
### 383 P. 2d 775

*William G. Paulus,* Salem, argued the cause for appellant. On the brief were Paulus & Callaghan, Salem.

*Gary D. Gortmaker,* Deputy District Attorney for Marion County, argued the cause for respondent. On the brief was Hattie Bratzel Kremen, District Attorney for Marion County.

Before McAllister, Chief Justice, and Perry, O'Connell, Goodwin and Lusk, Justices.

PER CURIAM.

The defendant was convicted of the crime of armed robbery and appeals. He assigns as error (1) lack of proper identification of two guns admitted in evidence, and (2) that the sentence of 15 years constitutes cruel and inhuman punishment.

We have carefully reviewed the record. The assignments of error are without merit.

The judgment is affirmed.